IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ANDRES CANO-GOMEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO.: |
| v. | ) | |
| | ) | 1:18-cv-01324-AT |
| DEPUTY CROMER, individually, et al., | ) ) | |
| Defendants. | ) | |

**JOINT MOTION TO LIFT STAY
AND PERMIT DEPOSITION OF PLAINTIFF
WHILE INCARCERATED**

This is an excessive force case under 42 U.S.C. § 1983. Plaintiff was arrested by ICE shortly before his deposition. Following his arrest, this Court stayed this action while the parties figured out what to do. Since then, Plaintiff's counsel has learned the following: Plaintiff is being held at the Irwin County Detention Center; Plaintiff's immigration proceedings have been subject to numerous continuances and delays; Plaintiff does not know whether he is entitled to bond pending further proceedings; and, Plaintiff does not know the likelihood that he will be deported.

Accordingly, the parties have determined that they must take a videotaped deposition of Plaintiff for the purposes of both discovery and preserving evidence

for use at trial.

Under Fed. R. Civ. P. 30(a)(2)(B), leave of Court is required to take the deposition of any person who is confined in prison. Plaintiff also anticipates that the Irwin County Detention Center will not easily allow a videotaped deposition to go forward absent an order from this Court.

The parties have tentatively agreed to a date of May 2 for Plaintiff's deposition, but request the Court allow up to three additional weeks in the event there are complications associated with coordinating the deposition, including the possibility that Plaintiff will be transferred, or Plaintiff receives a bond, or some other event.

A proposed order is attached to this motion.

Respectfully submitted this 23rd day of April, 2019.

| Attorneys for Plaintiff: | Attorney for Defendants: |
|---|---|
| /s/Jeffrey R. Filipovits | /s/G. Kevin Morris |
| Jeffrey R. Filipovits | G. Kevin Morris |
| Georgia Bar No. 825553 | Georgia Bar No. 523895 |
| | |
| FILIPOVITS LAW FIRM, P.C. | Bldg. 400, Suite A |
| 2900 Chamblee-Tucker Rd. | 4330 South Lee Street |
| Building 1 | Buford, GA 30518 |
| Atlanta, Georgia 30341 | 678-541-0790 |
| Phone: 770-455-1350 | 678-541-0789 |
| Fax: 770-455-1449 | kevin@wmwlaw.com |
| jrfilipovits@gmail.com | |

*/s/ Zack Greenamyre*
Zack Greenamyre
Georgia Bar No. 293002

MITCHELL & SHAPIRO LLP
3490 Piedmont Road, Suite 650
Atlanta, Georgia 30305
Phone: 404-812-4747
Fax: 404-812-4740
zack@mitchellshapiro.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will cause service by electronic mail to the following attorneys of record: G. Kevin Morris.

Submitted April 23, 2019.

/s/Jeffrey R. Filipovits
Georgia Bar No. 825553

FILIPOVITS LAW FIRM, P.C.
2900 Chamblee-Tucker Rd.
Building 1
Atlanta, Georgia 30341
Phone: 678-237-9302
jrfilipovits@gmail.com